PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 99CR00080-061-JJF |
| John E. Trotter, | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>John E. Trotter</u>, who was placed on supervision by the Honorable <u>Joseph J. Farnan, Jr.</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>7th</u> day of <u>June 2001</u>, who fixed the period of supervision at <u>three (3) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare program treatment program, which may include testing.

2. The defendant shall participate in a mental health treatment program which may include anger management.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** While on supervised release, the defendant shall not commit another federal, state, or local crime.

**Evidence**: On October 25, 2006, the defendant was arrested by the Delaware State Police and charged with possession with intent to deliver crack cocaine, possession of crack cocaine within 1000 feet of a school zone, and resisting arrest. It is alleged the defendant was observed distributing crack cocaine; and, he was found to be in possession of crack cocaine.

**PRAYING THAT THE COURT WILL ORDER** ...a warrant for the arrest of John E. Trotter, so he can be brought before the Court on charges he has violated federal supervised release.

**ORDER OF COURT**

So ordered this __18__ day
of __December__ 2006.

_____
U.S. District Judge

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on   December 13, 2006

Place   Wilmington, Delaware