AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

JOHN E. TROTTER

**WARRANT FOR ARREST**

Case Number: CR 99-80-01-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN TROTTER _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ Deputy Clerk
Signature of Issuing Officer

DECEMBER 19, 2006 at WILMINGTON, DE
Date and Location

FILED JAN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED 12-18-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-4-07 | William David, DUSM | William [signature] |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____