IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 99-80-1 JJF |
| JOHN E. TROTTER, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Petition alleging violations of the conditions of his supervised release was issued on December 18, 2006 (D.I. 73);

IT IS HEREBY ORDERED that Defendant's hearing on the Petition for Revocation of Supervised Release will be held on **Wednesday, February 14, 2007, at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

January 30, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE