PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. CR99-80-1-JJF |
| | ) |
| John E. Trotter | ) |
| | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW CRAIG H. CARPENTER PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John E. Trotter who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, DE., on the 4th day of January, 2007 under the following conditions:

7(t). The defendant shall participate in home confinement with electronic monitoring and abide by all requirements of the program. The defendant shall be restricted to his residence at all times except for employment, education, religious services, medical or other activities as pre-approved by the pretrial services office.

7(v). The defendant shall abide by his terms and conditions of federal supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

7(t). The defendant has failed to comply to his home confinement with electronic monitoring schedule. On January 25, 2007, the defendant left his residence in the late evening hours, two times. At 12:21 a.m. on January 26, 2007, he left for a third unauthorized leave, and did not return to the residence until 2:35 a.m.

7(v). The defendant submitted a urine sample for testing on January 26, 2007. That sample tested positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER**... a warrant for the arrest of John E. Trotter, so he can be brought before the Court to answer charges he has violated his order setting the conditions of his pretrial.

ORDER OF COURT

So ordered this ___5___ day
of __February__, 2007.

_____
Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on     February 2, 2006

Place           Wilmington, DE.