IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Crim. Act. No. 99-80-JJF |
| JOHN E. TROTTER, | : | |
| Defendant. | : | |

**MOTION FOR REVOCATION OF ORDER OF PRETRIAL RELEASE AND DETENTION PENDING REVOCATION OF SUPERVISED RELEASE HEARING**

**NOW COMES** the United States and files this written motion following the oral motion made in open court on February 6, 2007 and hereby moves for the revocation of the Court's January 4, 2007 order of pretrial release of the defendant, pursuant to 18 U.S.C. Section 3148(b), and further moves for detention of the defendant pending a hearing on the petition for revocation of supervised release, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d). In support of the motion, the United States alleges as follows: (a) that there is probable cause to believe that the defendant has committed a federal, state or local crime while on release pursuant to the Court's order pending his revocation hearing; (b) that, based on the factors set forth in 18 U.S.C. Sec. 3142(g), there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of any other person or the community; and (c) that the defendant is unlikely to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: February 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-80-JJF |
| JOHN E. TROTTER, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 7th day of February, 2007, I caused copies of the foregoing Motion For Revocation of Order of Pretrial Release and Detention Pending Revocation of Supervised Release Hearing to be served on the following counsel via First Class Mail:

>Edson A. Bostic
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801

>*Marie Steel*
>Marie Steel
>Legal Assistant