AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

JOHN TROTTER

**WARRANT FOR ARREST**

Case Number:  CR 99-80-1-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN TROTTER _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF BAIL CONDITIONS PENDING REVOCATION OF SUPERVISED RELEASE HEARING.

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _/s/ M. Duncan_  ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

FEBRUARY 5, 2007 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

DATE RECEIVED
2-5-07

DATE OF ARREST
2-6-07

NAME AND TITLE OF ARRESTING OFFICER
William David, USM

SIGNATURE OF ARRESTING OFFICER
William David

AO 442  (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____